United States District Court

Eastern District of California

Alonzo McKinney,

        Plaintiff,                      No. Civ. S 99-0622 MCE PAN P

    vs.                              Findings and Recommendations

California Department
of Corrections, et al.,

        Defendants.

                          -oOo-

    December 9, 2004, an order served on plaintiff was returned by the postal service as undeliverable. Plaintiff has failed to comply with Local Rule 83-182(f), which requires that a party appearing pro se inform the court of any address change.

    Accordingly, the court hereby recommends that this action be dismissed without prejudice. L.R. 83-183(b) (dismissal appropriate where pro se plaintiff fails to notify court of current address within 60 days of return of mail by U.S. Postal Service).

1     Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these
2  findings and recommendations are submitted to the United States
3  District Judge assigned to this case.  Written objections may be
4  filed within 20 days of service of these findings and
5  recommendations.  The document should be captioned "Objections to
6  Magistrate Judge's Findings and Recommendations."  The district
7  judge may accept, reject, or modify these findings and
8  recommendations in whole or in part.
9     Dated:  June 2, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge