United States District Court

Eastern District of California

Alonzo McKinney,

      Plaintiff,                No. Civ. S 99-0622 MCE PAN P

  vs.                      Order

California Department
of Corrections, et al,

      Defendants.
                        -oOo-

    June 10, 2005, plaintiff filed objections to findings and recommendations without the proof of service required by Fed. R. Civ. P. 5 and Local Rule 5-135.  Plaintiff shall file a proof of service within ten days.

    So ordered.

    Dated:  June 16, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge