United States District Court

Eastern District of California

Alonzo McKinney,

       Plaintiff,                      No. Civ. S 99-0622 MCE PAN P

    vs.                                  Order

California Department
of Corrections, et al.,

       Defendants.

                                -oOo-

    June 3, 2005, the court recommended this action be dismissed for plaintiff's failure to inform the court of his address. Since plaintiff filed objections informing the court of his address, the findings and recommendations are vacated.

    So ordered.

    Dated: July 12, 2005.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge