United States District Court

Eastern District of California

Alonzo McKinney,

      Plaintiff,                 No. Civ. S 99-0622 MCE PAN P

   vs.                        Order

California Department of
Corrections, et al.,

      Defendants.

-oOo-

November 28, 2005, plaintiff filed a request for a temporary restraining order without the proof of service required by Fed. R. Civ. P. 5 and Local Rule 5-135. Plaintiff shall file a proof of service within ten days. Otherwise the court will take no action on the November 28, 2005, request.

So ordered.

Dated: December 8, 2005.

                               /s/ Peter A. Nowinski
                               PETER A. NOWINSKI
                               Magistrate Judge