IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO McKINNEY,

        Plaintiff,                        No. CIV S-99-0622 MCE PAN P

   vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.                ORDER

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 28, 2005, plaintiff filed a document styled "Request for T.R.O. Injunction." The request does not meet the requirements of the Federal Rules of Civil Procedure or the Local Rules of this Court for a motion for injunctive relief. See Fed. R. Civ. P. 65; Local Rule 65-231. Accordingly, IT IS HEREBY ORDERED that plaintiff's November 28, 2005 request is denied.

DATED: February 17, 2006.

                                                   UNITED STATES MAGISTRATE JUDGE

12;mcki0622.o

1