IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALONZO MCKINNEY,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>Defendant. | CIV S 99-0622 MCE PAN<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendant requests an extension of time to file and serve a dispositive motion. Good cause appearing,

**IT IS HEREBY ORDERED** that defendant's August 15, 2006, request is granted and defendant shall file and serve a dispositive motion within 30 days from the date this order is served.

Dated: August 17, 2006.

UNITED STATES MAGISTRATE JUDGE

1