IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO MCKINNEY,

        Plaintiff,                    No. CIV S-99-0622 MCE EFB P

        vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.               <u>ORDER</u>

_____/

        Defendant Thomas requests an extension of time to file and serve a dispositive motion. <u>See</u> Fed. R. Civ. P. 6(b).

        Defendant's September 20, 2006, request is granted and defendant Thomas has 30 days from the date this order is served to file and serve a dispositive motion.

        So ordered.

Dated: September 29, 2006.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

\mcki0622. grnt def eot