IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO MCKINNEY,

    Plaintiff,                                 No. CIV S-99-0622 MCE EFB P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.                             <u>ORDER</u>

/

        Plaintiff is a state prisoner, without counsel, seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Pursuant to the February 17, 2006, schedule, plaintiff had until November 13, 2006, to file a pretrial statement, and defendant Thomas, the only remaining defendant, had until November 24, 2006, to file a pretrial statement. Pretrial conference is set for December 1, 2006, and trial is set for February 21, 2007.

        Defendant's motion for summary judgment is pending. Therefore, the parties cannot through the exercise of diligence comply with the February 17, 2006, schedule. Accordingly, the above dates are vacated and will be rescheduled, if appropriate, after the court finally resolves defendant's motion for summary judgment. *See* Fed. R. Civ. P. 16(b).

        So ordered.

Dated: November 30, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE