1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALONZO MCKINNEY,                          No. 2:99-cv-00622-MCE-EFB-P

12              Plaintiff,

13        v.                                   ORDER

14   CALIFORNIA DEPARTMENT
     OF CORRECTIONS, et al.,
15
                Defendants.
16
     _____/
17

18        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

19   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20   28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

21        On April 17, 2007, the magistrate judge filed findings and recommendations herein which

22   were served on all parties and which contained notice to all parties that any objections to the

23   findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections

24   to the findings and recommendations.

25   ///

26   ///

                                                  1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 17, 2007, are adopted in full;

2. Defendant's September 25, 2006, motion for summary judgment is granted;

3. Judgment is entered in favor of defendant Thomas; and

4. The Clerk of the Court is directed to close the case.

Dated:  June 6, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE