IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO MCKINNEY,

    Plaintiff,                            No. CIV S-99-0622 MCE EFB P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Defendant.                       ORDER
_____/

       Plaintiff is a state prisoner without counsel who brought this case, which is now closed, under 42 U.S.C. § 1983. He has requested a financial statement from the court. He asks that the court return money sent on December 13, 2010 and before, as he is indigent and the case has been closed. Plaintiff is advised that the court has received $78.27 in filing fees from him to date, and he still owes $71.73 minus any payments he may have made in the month of January. Although his case is closed, he still must pay these filing fees.

       The court will issue no response to future filings by plaintiff in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

       It is hereby ORDERED that the Clerk of the court shall send plaintiff a copy of his filing fees report.

DATED: February 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE